No. 74–6757. SMITH v. GRIGGS, INSTITUTION SUPERINTENDENT. Sup. Ct. Cal. Certiorari denied.

No. 74–6759. DONNER v. GOODHART, JUDGE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 75–1. WINDOM v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–5. SERRA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–6. DURKEE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 75–7. GREAT NORTHERN RAILWAY CO. ET AL. v. PULLMAN CO. C. A. 7th Cir. Certiorari denied.

No. 75–10. ANONYMOUS v. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 75–11. NORTHERN CALIFORNIA POWER AGENCY v. FEDERAL POWER COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 75–12. AIR EAST, INC., DBA ALLEGHENY COMMUTER, ET AL. v. NATIONAL TRANSPORTATION SAFETY BOARD ET AL. C. A. 3d Cir. Certiorari denied.

No. 75–13. FERGUSON v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 75–15. UNIVERSAL ATHLETIC SALES CO. v. PINCHOCK ET AL. C. A. 3d Cir. Certiorari denied.